JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TYE PALONEN,**<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**MERCEDES-BENZ USA, LLC,**<br><br>　　　　　　　Defendant. | Case No. CV 23-0023-DMG (RAOx)<br><br>**JUDGMENT** |

On August 8, 2024, this Court having granted Defendant's motion to dismiss with prejudice, thereby resolving all remaining issues and claims outstanding herein,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant Mercedes-Benz USA, LLC, and against Plaintiff Tye Palonen, and that this action is dismissed on the merits.

**IT IS SO ORDERED.**

DATED:  August 8, 2024

DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE